```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 06 B 03538
    JACQUELINE BRUNNER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-9289

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/04/2006 and was confirmed 05/25/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED          23690.32          3406.21          252.05
AMERILOAN                 UNSECURED        NOT FILED             .00             .00
ARROW INVESTMENTS         UNSECURED        NOT FILED             .00             .00
CASHTODAY LOANS           UNSECURED        NOT FILED             .00             .00
CERTIFIED RECOVERY SYS    UNSECURED        NOT FILED             .00             .00
AT & T WIRELESS           UNSECURED        NOT FILED             .00             .00
AT & T WIRELESS           UNSECURED        NOT FILED             .00             .00
FIRST NATIONAL BANK OF M  UNSECURED        NOT FILED             .00             .00
FIRST REVENUE ASSURANCE   UNSECURED        NOT FILED             .00             .00
ECAST SETTLEMENT CORP     UNSECURED            753.49            .00           75.35
JESSICA LONDON            UNSECURED        NOT FILED             .00             .00
NEWPORT NEWS              UNSECURED        NOT FILED             .00             .00
PFG OF MINNESOTA          UNSECURED        NOT FILED             .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            653.42            .00           65.34
SILHOUETTES               UNSECURED        NOT FILED             .00             .00
SOUTHWEST CREDIT          UNSECURED        NOT FILED             .00             .00
UNITED CASH LOANS         UNSECURED        NOT FILED             .00             .00
WORLDWIDE ASSET PURCHASI  UNSECURED            290.88            .00           29.09
REDCATS USA               UNSECURED           1012.39            .00          101.24
ECAST SETTLEMENT CORP     UNSECURED            265.57            .00           26.56
ER SOLUTIONS INC          UNSECURED           1918.78            .00          191.88
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,428.65                         1,828.65
TOM VAUGHN                TRUSTEE                                              335.63
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                6,312.00

PRIORITY                                      .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 03538 JACQUELINE BRUNNER
```

```
SECURED                                                       252.05
    INTEREST                                                3,406.21
UNSECURED                                                     489.46
ADMINISTRATIVE                                              1,828.65
TRUSTEE COMPENSATION                                          335.63
DEBTOR REFUND                                                    .00
                                   ---------------   ---------------
TOTALS                                    6,312.00          6,312.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 05/27/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```